HENRY S. BOGUE et al., Respondents, *v.* WILLIAM W. NEW-
COMB et al., Appellants.

(Argued September 25, 1874; decided October 6, 1874.)

REPORTED below, 1 New York Supreme Court (T. & C.), 251.

*Isaac Lawson* for the appellants.

*Samuel Hand* for the respondents.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

JOSEPH P. STIDHAM et al., Appellants, *v.* WATSON SANFORD,
Respondent.

(Argued September 25, 1874; decided October 6, 1874.)

*Amasa J. Parker* for the appellants.

*J. J. Perry* for the respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.